_____
Honorable August B. Landis
United States Bankruptcy Judge

Entered on Docket
November 19, 2021

Joseph E. Sarachek, (NY Bar No. 2163228) *pro hac vice*
Zachary E. Mazur, (NY Bar No. 5706726) *pro hac vice*
Sarachek Law Firm
670 White Plains Road #PH
Scarsdale, New York 10583
joe@sarachecklawfirm.com, (646) 517-5420
zachary@sarachecklawfirm.com (646) 519-4396
*Special Litigation Counsel for Lenard E. Schwartzer, Trustee*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re<br><br>WELSCORP, INC.<br><br>Debtor.<br><br>☐ Affects Einstein Sports Advisory Ltd.<br>☐ Affects QSA LLC<br>☐ Affects Wellington Sports Club, LLC<br>☐ Affects Welscorp, Inc.<br>☒ Affects All Debtors | Case No. BK-S-19-18056-ABL **(Lead Case)**<br><br>**Consolidated under BK-S-19-18056-ABL with:**<br><br>Case No. BK-S-20-11597-ABL<br>Case No. BK-S-20-11211-ABL<br>Case No. BK-S-20-11215-ABL<br><br>Chapter 7 |
| LENARD E. SCHWARTZER, in his capacity as CHAPTER 7 TRUSTEE<br><br>Plaintiff,<br><br>vs.<br><br>ALAN GRUSKOFF<br><br>Defendant. | **ADVERSARY PROCEEDING**<br><br>Case No. 21-01008-ABL |

**JUDGMENT AGAINST DEFENDANT ALAN GRUSKOFF**

1

On January 15, 2021, Plaintiff Lenard E. Schwartzer, in his capacity as Chapter 7 Trustee in the above captioned matter (the "Plaintiff") filed an Adversary Complaint against Alan Gruskoff ("Defendant") for the avoidance and recovery of transfers pursuant to 11 U.S.C. §§ 544 and 548.

On October 1, 2021, Plaintiff filed his *Plaintiff's Motion for Summary Judgment* [ECF 26] (the "Motion for Summary Judgment"), the accompanying *Statement of Undisputed Facts* [ECF 24], the *Request for Judicial Notice in Support of Plaintiff's Motion for Summary Judgment* [ECF 25]. No opposition to the Motion for Summary Judgment was filed. The hearing on the Motion for Summary Judgment was held on November 18, 2021 (with appearance by Zachary E. Mazur, Esq. on behalf of the Plaintiff, only), and the Court rendered an oral ruling granting the motion in its entirety, stating on the record its findings of fact and conclusions of law, which are incorporated herein pursuant to Federal Rules of Bankruptcy Procedure 9014(a) and (c) and 7052, and Federal Rule of Civil Procedure 52.

The Order Granting Plaintiff's Motion for Summary Judgment has been entered concurrently herewith and is incorporated herein. Good cause appearing therefor,

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that, the Plaintiff's Motion for Summary Judgment having been granted in its entirety, JUDGMENT is hereby entered against Defendant Alan Gruskoff and in favor of Lenard E. Schwartzer, in his capacity as Chapter 7 Trustee in the above captioned matter, in the principal amount of two hundred sixteen thousand dollars ($216,000), plus statutory interest from the date of entry of this Judgment until paid in full.

###

Submitted by:
*/s/ Zachary E. Mazur*
Joseph E. Sarachek, (NY Bar No. 2163228) *pro hac vice*
Zachary E. Mazur, (NY Bar No. 5706726) *pro hac vice*
Sarachek Law Firm
670 White Plains Road #PH
Scarsdale, New York 10583
*Special Litigation Counsel for*
*Lenard E. Schwartzer, Trustee*

**CERTIFICATION OF COUNSEL PURSUANT TO LOCAL RULE 9021**

In accordance with Local Rule 9021, counsel submitting this document certifies as follows:

☐ The Court has waived the requirement of approval in LR 9021(b)(1).

X    No party appeared at the hearing or filed an objection to the Motion.

☐ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below:

☐ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.